In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY et al., as Trustees under the Will of JACOB P. BAITER, Deceased, Respondents. KATHRYN F. EVANS, Appellant; HOUSTON V. EVANS, JR., et al., Respondents.

Argued June 3, 1946; decided July 23, 1946.

520

*Monroe E. Stein* for appellant.

*Robert H. Koehler* and *Russell Page Koehler* for respondents.

Order affirmed, with costs payable out of the estate to all parties appearing separately and filing briefs. Questions certified answered in the affirmative; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.